## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**DANIEL KENT HASKINS,**   Civil File No. 2:12-cv-02726-RDR-KGS

    Plaintiff,

vs.   **NOTICE OF DISMISSAL WITH PREJUDICE**

**BERLIN-WHEELER, INC.**,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

    Respectfully submitted,

Dated: December 27, 2012   By: /s/ J. Mark Meinhardt
    J. Mark Meinhardt, # 20245
    9400 Reeds Road, Suite 210
    Overland Park, Kansas 66207
    Telephone:   (913) 451-9797
    Facsimile:   (913) 451-6163
    Email:   Mark@meinhardtlaw.com
    **ATTORNEY FOR PLAINTIFF**